JOSEPHINE McGREGOR, Respondent, v. WILLIAM E. McGREGOR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM PAYNE, an Infant, by ROSE PAYNE, His Guardian ad Litem, and ROSE PAYNE, Appellants, v. MARTHA O'ROURKE, by PETER O'ROURKE, Her Guardian ad Litem, and PETER O'ROURKE, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MOLLIE COHEN, Appellant, v. ISIDOR J. KURZ, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HAROLD HARRIS, Respondent, v. NATIONAL GARY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PIECKA, Alias JOHN MIKULKO and MIKE MALACHUK, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of MARIA BETZ, Deceased, as a Will of Real and Personal Property. HERMAN A. HEYDT, Respondent; LOUISE WENZ and Others, Contestants, Appellants; NOAH L. BRAUNSTEIN, Special Guardian of Unknown Persons and Persons Whose Whereabouts Are Unknown, Appellant.— Decree affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of KANSAI SILK IMPORTING Co., INC., Respondent, against DAVID KORN & COMPANY, INC., Appellant, for an Order Confirming the Award of the Arbitrators Herein.— Order entered May 23, 1933, reversed and the motion granted on the ground that a question of fact is presented as to the issue of the existence of the contract for arbitration. Order entered September 8, 1933, granting motion to confirm award, and the judgment thereupon entered, reversed with costs, and the motion to confirm denied. Settle order on notice including a provision that the questions be placed at the head of the ready calendar for April 2, 1934. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE LION AUTO SUPPLY COMPANY, INC., Appellant, v. THE TEXAS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANTOLINI Co., INC., and SOCIETE ANONYME CIVILE DE PRODUCTEURS DE FROMAGE DE ROQUEFORT, Respondent, v. MARKS DAIRIES, INC., and LOUIS MARKS, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.